# Proskauer»

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/28/12

Steven D. Hurd
Member of the Firm
d 212.969.3986
f 212.969.2900
shurd@proskauer.com
www.proskauer.com

June 27, 2012

**BY FACSIMILE -- (212) 805-7986**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007
Fax: (212) 805-7986

MEMO ENDORSED

The Application is granted. *The status conference is adjourned to September 4, 2012 at 2:45 p.m.*

SO ORDERED:
_____
Paul G. Gardephe, U.S.D.J.
Dated: June 27, 2012

Re:   *O'Neill v. Mermaid Touring Inc., et al.*, 11 Civ.9128 (PGG)(MHD)

Dear Judge Gardephe:

We represent the Defendants, Mermaid Touring Inc. and Stefani Germanotta, in the above-referenced action. We write, pursuant to Your Honor's Individual Practices, to respectfully request (a) that the discovery deadline in this case be extended to September 4, 2012; and (b) that the court conference scheduled for July 2, 2012 be adjourned and rescheduled for September 4 or a later date. Plaintiff's counsel consents to these requests.

The original discovery deadline of July 2, 2012 was extended by the Court to August 2, 2012 in order to accommodate Ms. Germanotta's tour schedule. However, due to Ms. Germanotta's schedule and a trial Plaintiff's counsel has in July, we have been unable to identify deposition dates in July for Ms. Germanotta and the other witnesses. Thus, the parties request an extension of the discovery deadline so depositions can be conducted in August.

Additionally, in light of the change in the discovery deadline to August 2, 2012, and the current request to extend it to September 4, 2012, we request the July 2, 2012 court conference be adjourned until after the close of discovery. All parties are available on September 4, 2012.

Respectfully submitted,

Steven D. Hurd

cc:   Paul Millus, Esq. *(by electronic mail)*

SDH:dm