UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JENNIFER L. O'NEILL,  :

                     Plaintiff,  :

      -against-  :

MERMAID TOURING INC. AND  :
STEFANI JOANNE GERMANOTTA,
a/k/a "LADY GAGA,"  :

               Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 11-Civ-9128 (PGG)

ECF

**DECLARATION
REGARDING FILING
UNSEALED DOCUMENTS
IN OPPOSITION TO
MOTION TO QUASH**

VIRGINIA K. TRUNKES, an attorney duly admitted to practice before this Court, declares that the following is true and correct under the penalty of perjury:

1.      I am associated with Snitow Kanfer Holtzer & Millus, LLP, counsel for plaintiff Jennifer L. O'Neill.

2.      This declaration is respectfully submitted following the Order of Paul G. Gardephe, U.S.D.J., filed December 3, 2012, which unsealed (except for the limitation set forth in paragraph "6," infra) the exhibits annexed to Ms. O'Neill's opposition to the motion of Stefani Germanotta and Terry Richardson for an Order pursuant to Fed. R. Civ. P. 45(c)(3) to quash the subpoena duces tecum served on Mr. Richardson on August 16, 2012.

3.      Annexed hereto as Exhibit "A" is a copy of an email dated April 26, 2010 between Wendi Morris and Ms. O'Neill.

4.      Annexed hereto as Exhibit "B" are copies of various emails dated February 18, 2010; February 24, 2010; April 3, 2010; July 17, 2010; and November 7, 2010.

5.      Annexed hereto as Exhibit "C" is a copy of a portion of the deposition of Wendi Morris dated August 7, 2012.

6.     Annexed hereto as Exhibit "D" is a copy of one page of Defendants' Responses to Requests to Admit dated July 27, 2012, with redaction of all requests and responses other than Request No. 11.

7.     Annexed hereto as Exhibit "E" is a copy of a portion of the deposition of Stefani Germanotta dated August 6, 2012.

8.     Annexed hereto as Exhibit "F" is a copy of this action's Stipulated Confidentiality Agreement and Protective Order dated June 6, 2012

9.     Annexed hereto as Exhibit "G" is a copy of a portion of the Deposition of Stefani Germanotta dated August 6, 2012.

10.     Annexed hereto as Exhibit "H" is a copy of a portion of the Deposition of Wendi Morris dated August 7, 2012.

11.     Annexed hereto as Exhibit "I" is a copy of Jonathan Van Meter's article entitled *Dream Girl* in the September 2012 issue of VOGUE.

12.     Annexed hereto as Exhibit "J" is a copy of an article from www.ifitshipitshere.blogspot.com involving Terry Richardson's advertising campaign for the gym company Equinox.

13.     Annexed hereto as Exhibit "K" is a copy of an article from www.abcnews.go.com involving Terry Richardson's advertising campaign for the gym company Equinox.

14.     Annexed hereto as Exhibit "L" are copies of photographs published in the book *Lady Gaga X Terry Richardson*.

15.     Annexed hereto as Exhibit "M" is a copy of an article from

2

*MailOnline* involving Ms. Germanotta and her boyfriend in a pool.

16. Annexed as Exhibit "N" is a copy of an article from www.nme.com involving Ms. Germanotta's getting her head tattooed live onstage.

17. Annexed hereto as Exhibit "O" is a copy of an article from www.nydailynews.com involving Ms. Germanotta's smoking pot onstage in Amsterdam.

Dated:  New York, New York
      December 7, 2012

                             VIRGINIA K. TRUNKES
                                 (VT-8642)

3