# EXHIBIT A

## Virginia Trunkes

| | |
|---|---|
| From: | jencurlygirl@yahoo.com |
| Sent: | Monday, April 26, 2010 5:58 PM |
| To: | Wendi Morris |
| Subject: | Re: Hey |

No prob... Just had water and coffee in my hand for her.

------Original Message------
From: Wendi Morris
To: Jennifer O'Neill
ReplyTo: Wendi Morris
Subject: Hey
Sent: Apr 26, 2010 2:54 PM

During shoots you should stand back, not over photogs shoulder xo Sent from my Verizon Wireless BlackBerry

Sent via BlackBerry by AT&T

1