# EXHIBIT B

# Rachel Alicea

**From:** jencurlygirl@yahoo.com
**Sent:** Thursday, February 18, 2010 1:11 PM
**To:** Allison Rapoport
**Subject:** Re: Do we have the facial steamer in the dressing room?

We only need humidifier in quik and steamer in dressing room. We should have it set up to go by makeup I think. Thanks!

------Original Message------
From: Allison Rapoport
To: Jennifer O'Neill
ReplyTo: Allison Rapoport
Subject: Re: Do we have the facial steamer in the dressing room?
Sent: Feb 18, 2010 6:09 PM

Face steamer and humidifier? Should I bring both?

------Original Message------
From: jencurlygirl@yahoo.com
To: Allison Rapoport
ReplyTo: jencurlygirl@yahoo.com
Subject: Re: Do we have the facial steamer in the dressing room?
Sent: Feb 18, 2010 6:08 PM

Yeah! You're the best. We're going to need a humidifier in the quick change too.... Per wendi. Do u have another?

------Original Message------
From: Allison Rapoport
To: Jennifer O'Neill
ReplyTo: Allison Rapoport
Subject: Re: Do we have the facial steamer in the dressing room?
Sent: Feb 18, 2010 6:05 PM

Yes we do!
------Original Message------
From: jencurlygirl@yahoo.com
To: Allison Rapoport
ReplyTo: jencurlygirl@yahoo.com
Subject: Do we have the facial steamer in the dressing room?
Sent: Feb 18, 2010 6:04 PM


Sent via BlackBerry by AT&T


Sent via BlackBerry by AT&T


Sent via BlackBerry by AT&T


Sent via BlackBerry by AT&T

1

Sent via BlackBerry by AT&T

Case 1:11-cv-09128-PGG    Document 40-2    Filed 12/07/12    Page 3 of 12

# Rachel Alicea

| | |
|---|---|
| **From:** | jencurlygirl@yahoo.com |
| **Sent:** | Thursday, February 18, 2010 1:34 PM |
| **To:** | Allison Rapoport |
| **Subject:** | Re: Do we have the facial steamer in the dressing room? |

We need a bottle in quick change all the time Sent via BlackBerry by AT&T

-----Original Message-----
From: allisonrapoport@gmail.com
Date: Thu, 18 Feb 2010 18:29:53
To: <jencurlygirl@yahoo.com>
Subject: Re: Do we have the facial steamer in the dressing room?

I saw some in the room.. Not sure where. There might be motrin or tylenol in wardrobe. Bring to where, and how many?
Sent via BlackBerry by AT&T

-----Original Message-----
From: jencurlygirl@yahoo.com
Date: Thu, 18 Feb 2010 18:26:55
To: Allison Rapoport<allisonrapoport@gmail.com>
Subject: Re: Do we have the facial steamer in the dressing room?

Great! Thanks. Do u have advil per chance?


Sent via BlackBerry by AT&T

-----Original Message-----
From: allisonrapoport@gmail.com
Date: Thu, 18 Feb 2010 18:23:25
To: <jencurlygirl@yahoo.com>
Subject: Re: Do we have the facial steamer in the dressing room?

Yep just set that up as well! Not going to turn it on til end of show though, as the water resevoir is small and will evaporate quickly Sent via BlackBerry by AT&T

-----Original Message-----
From: jencurlygirl@yahoo.com
Date: Thu, 18 Feb 2010 18:13:31
To: Allison Rapoport<allisonrapoport@gmail.com>
Subject: Re: Do we have the facial steamer in the dressing room?

Ok but steamer goes in dressing room right! Humidifier in quik change :) Sent via BlackBerry by AT&T

-----Original Message-----
From: allisonrapoport@gmail.com
Date: Thu, 18 Feb 2010 18:11:22
To: <jencurlygirl@yahoo.com>
Subject: Re: Do we have the facial steamer in the dressing room?

I know where it is I set that up too! :) Both steamer and humidifer coming your way. 5 min.
Sent via BlackBerry by AT&T

1

```
-----Original Message-----
From: jencurlygirl@yahoo.com
Date: Thu, 18 Feb 2010 18:09:54
To: Allison Rapoport<allisonrapoport@gmail.com>
Subject: Re: Do we have the facial steamer in the dressing room?

Quickchange is under the stage during the show where she changes wardrobe!



------Original Message------
From: Allison Rapoport
To: Jennifer O'Neill
ReplyTo: Allison Rapoport
Subject: Re: Do we have the facial steamer in the dressing room?
Sent: Feb 18, 2010 6:09 PM

Should I set it up by makeup table? Quickchange?
------Original Message------
From: jencurlygirl@yahoo.com
To: Allison Rapoport
ReplyTo: jencurlygirl@yahoo.com
Subject: Re: Do we have the facial steamer in the dressing room?
Sent: Feb 18, 2010 6:06 PM

Great thanks! I have one on the bus In case but I'll need it back.



------Original Message------
From: Allison Rapoport
To: Jennifer O'Neill
ReplyTo: Allison Rapoport
Subject: Re: Do we have the facial steamer in the dressing room?
Sent: Feb 18, 2010 6:05 PM

No, it traveled with junko.. We might have an extra in wardrobe. I will go see ------Original
Message------
From: jencurlygirl@yahoo.com
To: Allison Rapoport
ReplyTo: jencurlygirl@yahoo.com
Subject: Do we have the facial steamer in the dressing room?
Sent: Feb 18, 2010 6:04 PM



Sent via BlackBerry by AT&T



Sent via BlackBerry by AT&T



Sent via BlackBerry by AT&T



Sent via BlackBerry by AT&T
```

2

Sent via BlackBerry by AT&T

**Rachel Alicea**

**From:** jencurlygirl@yahoo.com
**Sent:** Wednesday, February 24, 2010 4:51 PM
**To:** Allison Streuter
**Subject:** Re: After show food for Gaga and Matt

Where is this from? I ordered from catering already. In quik change now. Can't look at menu.

Sent via BlackBerry by AT&T

---

**From:** Allison Streuter <allison@atomfactoryinc.com>
**Date:** Wed, 24 Feb 2010 20:52:06 +0000
**To:** Jennifer O'Neill<jencurlygirl@yahoo.com>
**Subject:** After show food for Gaga and Matt

Please choose from this menu for Gaga and Matt

http://www.therestaurantbarandgrill.co.uk/pdfs/January2010/Liverpool/Main_Menu.pdf

1

# Rachel Alicea

**From:** Troy Carter [troy@atomfactoryinc.com]
**Sent:** Saturday, April 03, 2010 7:25 AM
**To:** jencurlygirl@yahoo.com
**Subject:** Re: Are you available?

Yes. Email me first. Bad service where I am.

---

**From:** jencurlygirl@yahoo.com <jencurlygirl@yahoo.com>
**To:** Troy Carter
**Sent:** Sat Apr 03 07:10:00 2010
**Subject:** Re: Are you available?

On my cell but its showtime... In quik change. Can I hit u up when I'm alone in my room in a couple hours?

Sent via BlackBerry by AT&T

---

**From:** "Troy Carter" <troy@atomfactoryinc.com>
**Date:** Sat, 3 Apr 2010 07:02:07 -0400
**To:** <jencurlygirl@yahoo.com>
**Subject:** Re: Are you available?


Am now. What # are you at?

----- Original Message -----
From: jencurlygirl@yahoo.com <jencurlygirl@yahoo.com>
To: Troy Carter
Sent: Sat Apr 03 02:41:03 2010
Subject: Are you available?


I want to give you a heads up about something.

Thanks!

Jen
Sent via BlackBerry by AT&T

# Rachel Alicea

| | |
|---|---|
| **From:** | David Russell [daveyr2@mac.com] |
| **Sent:** | Saturday, July 17, 2010 11:12 PM |
| **To:** | jencurlygirl@yahoo.com |
| **Subject:** | Re: Is the studio bus here at the venue? |

Ok.

Sent from my iPhone

On Jul 17, 2010, at 10:11 PM, jencurlygirl@yahoo.com wrote:

> I have to go to my bus. Meet me there?
> Sent via BlackBerry by AT&T
>
> -----Original Message-----
> From: David Russell <daveyr2@mac.com>
> Date: Sat, 17 Jul 2010 22:04:17
> To: jencurlygirl@yahoo.com<jencurlygirl@yahoo.com>
> Subject: Re: Is the studio bus here at the venue?
>
> Outside quickchange
>
> Sent from my iPhone
>
> On Jul 17, 2010, at 9:15 PM, jencurlygirl@yahoo.com wrote:
>
>> r u at hotel?
>> Sent via BlackBerry by AT&T
>>
>> -----Original Message-----
>> From: David Russell <daveyr2@mac.com>
>> Date: Sat, 17 Jul 2010 19:14:30
>> To: <jencurlygirl@yahoo.com>
>> Subject: Re: Is the studio bus here at the venue?
>>
>> yup.
>> our bus is leaving at 10, so if u leave it in the dressing room I can pick it up, or meet u in quick change, either or.
>> I will email you when I am at the venue and u can decide.
>>
>> On Jul 17, 2010, at 6:52 PM, jencurlygirl@yahoo.com wrote:
>>
>>> I need to get you the ipod
>>>
>>> Sent via BlackBerry by AT&T
>>>
>>> -----Original Message-----
>>> From: David Russell <daveyr2@mac.com>
>>> Date: Sat, 17 Jul 2010 18:07:14
>>> To: <jencurlygirl@yahoo.com>
>>> Subject: Re: Is the studio bus here at the venue?
>>>
>>> cool, we can do that.
>>> On Jul 17, 2010, at 6:05 PM, jencurlygirl@yahoo.com wrote:

1

```
>>>
>>>> More low end especially in the chorus and louder over all. In
>>>> particular she wants the ma ma marry to be louder
>>>>
>>>> Thx!
>>>>
>>>>
>>>> ------Original Message------
>>>> From: David Russell
>>>> To: Jennifer O'Neill
>>>> Subject: Re: Is the studio bus here at the venue?
>>>> Sent: Jul 17, 2010 8:01 PM
>>>>
>>>> Fernando asked what specifically she means by mixed? Any specifics that we can
reasonably do in 4 hours.
>>>> On Jul 17, 2010, at 5:57 PM, jencurlygirl@yahoo.com wrote:
>>>>
>>>>> Thanks. It should be finished by 11pm. Does that work?
>>>>>
>>>>> ------Original Message------
>>>>> From: David Russell
>>>>> To: Jennifer O'Neill
>>>>> Subject: Re: Is the studio bus here at the venue?
>>>>> Sent: Jul 17, 2010 7:55 PM
>>>>>
>>>>> ok, I will pass it on to Fernando and get on it now.
>>>>> Thanks.
>>>>>
>>>>> On Jul 17, 2010, at 5:48 PM, jencurlygirl@yahoo.com wrote:
>>>>>
>>>>>> She wants marry to be louder and mixed before we leave tonight if
>>>>>> possible ------Original Message------
>>>>>> From: David Russell
>>>>>> To: Jennifer O'Neill
>>>>>> Subject: Re: Is the studio bus here at the venue?
>>>>>> Sent: Jul 17, 2010 7:46 PM
>>>>>>
>>>>>> No. As per Wendi, we were told that she was not going to work on the bus today. So it
is still at the hotel. It is due to be at the venue at 10.
>>>>>>
>>>>>> Sent from my iPhone
>>>>>>
>>>>>> On Jul 17, 2010, at 7:41 PM, jencurlygirl@yahoo.com wrote:
>>>>>>
>>>>>>>
>>>>>>> Sent via BlackBerry by AT&T
>>>>>>>
>>>>>>
>>>>>>
>>>>>> Sent via BlackBerry by AT&T
>>>>>>
>>>>>
>>>>>
>>>>> Sent via BlackBerry by AT&T
>>>>>
>>>>
```

2

```
>>>>
>>>>
>>>> Sent via BlackBerry by AT&T
>>>
>>
```

**Rachel Alicea**

| | |
|---|---|
| **From:** | Florence Tse [fmtse@mac.com] |
| **Sent:** | Sunday, November 07, 2010 2:55 PM |
| **To:** | jencurlygirl@yahoo.com |
| **Subject:** | Re: Luggage |

come to the dressing room hallway, driver is waiting with carl.

**Florence Tse**
Tour Manager / Lady Gaga 2010
Mobile: +1 816 646 9530
Mobile: +1 310 930 4318
Fax: +1 310 362 8942
Email: FMTse@mac.com

On Nov 7, 2010, at 8:53 PM, jencurlygirl@yahoo.com wrote:

Im in quik change. Where is he? I have 10-15 b4 next change

Sent via BlackBerry by AT&T

---

**From:** Florence Tse <fmtse@mac.com>
**Date:** Sun, 07 Nov 2010 20:45:54 +0100
**To:** <jencurlygirl@yahoo.com>
**Subject:** Re: Luggage

Hey Jen - I asked Carl to meet you to show you which van to look at. Are you around?

**Florence Tse**
Tour Manager / Lady Gaga 2010
Mobile: +1 816 646 9530
Mobile: +1 310 930 4318
Fax: +1 310 362 8942
Email: FMTse@mac.com

On Nov 7, 2010, at 8:33 PM, jencurlygirl@yahoo.com wrote:

Wendi asked that I let you know when I need to get to luggage van to unload for charter. I'm ready now if someone can meet me at van.

Sent via BlackBerry by AT&T

1