# EXHIBIT C

W. Morris - Confidential

1   A.   Yes.
2   Q.   Quite often, if not all the time,
3
4   right?
    A.   Yes.
5
6   Q.   An assistant to a star, in your
7   experience, has to be available to that star
8   whenever that star needs them, correct?
9        MR. HURD: Objection.
10       You can answer.
11  A.   A good assistant?
12  Q.   Yes.
13  A.   Yes. I think when you start out
14  you're available to the star.
15  Q.   Anytime that the star needs you?
16  A.   Yeah.
17  Q.   And that is what is expected in the
18  business, correct?
19       MR. HURD: Objection.
20       You can answer.
21  Q.   Based upon your experience.
22  A.   Yes.
23  Q.   So how long did you serve in
24  management capacity with either the Black Eyed
25  Peas or Fergie?