# EXHIBIT D

Request No. 9:

        Response to Request No. 9:

Request No. 10:

        Response to Request No. 10:

Request No. 11:

        Admit that Defendants have no payroll records itemizing the days worked by Ms. O'Neill and the hours worked by Ms. O'Neill on such days.

        Response to Request No. 11: Defendants admit that they do not maintain such payroll records.

Request No. 12:

6