# EXHIBIT E

```
 1          S.J. Germanotta - Confidential
 2   not customary for Jennifer to do quick change in
 3   the quick change, and that is why Sonja was
 4   there.
 5          Q.    Who's Terry Richardson?
 6          A.    He's one of my best friends and a
 7   photographer.
 8          Q.    And he takes pictures of you when
 9   you're on tour?
10          A.    Yes.
11          Q.    He takes pictures during the shows?
12          A.    Yes.
13          Q.    So some of his photographs may show
14   or depict Jennifer at some point in time,
15   possibly?
16          A.    You know, I -- I'm totally telling
17   you -- I'm being 100 percent honest, I -- I don't
18   remember her being in quick change, but it was a
19   long time ago, and it's possible that she was
20   sometimes.
21          Q.    All right.
22          A.    But if there was a photograph,
23   proof, then she was in the quick change that
24   night for sure.
25          Q.    And tell me, how often did Terry
```

166

```
 1            S.J. Germanotta - Confidential
 2   Richardson go on tour with you?  Every show?
 3        A.    It depended on when, when -- you
 4   would have to look at the schedule when he was
 5   there.
 6        Q.    And would he take pictures almost
 7   continuously when he was with you?
 8        A.    Of me.
 9        Q.    Right.  Of you.
10        A.    (Witness nods.)
11        Q.    And those pictures would depict you
12   maybe getting ready for a set, or doing things
13   like the quick change from time to time, correct?
14        A.    Yeah, sure.
15        Q.    Okay.  And does he give you copies
16   of those photographs?
17        A.    No.
18        Q.    You don't have any?
19        A.    I mean, I have the book.
20        Q.    It's in a book?
21        A.    Huh?
22        Q.    It's in a book?
23        A.    Yeah, they were sold in a book.
24        Q.    Okay.  And other than the pictures
25   being sold in a book, were there pictures that
```