# EXHIBIT G

103

S.J. Germanotta - Confidential

1
2    A.    -- changing me.
3    Q.    I know that.
4    A.    Because she was unreliable. So we didn't ask her to do that. But that was always a job that was done by my assistant. So perhaps I forgot to include that in the list of things that you were asking me.
9    Q.    It's okay.
10   A.    One of the things that I always had my assistants do was help me in the quick change, and Jennifer was the only one that didn't.
13   Q.    Who was in the HBO though; in other words, I wouldn't know anybody if I saw them, do you recall who was doing the changes for you in the HBO?
17   A.    I believe it was Sonja and Wendi. Or -- yeah, yeah, Wendi, Tony -- I want to say Wendi, Tony and Perry, and Sonja was in there, yeah, Sonja.
21   Q.    Were there times, and we'll get into them more precisely, were there times that Jennifer was actually performing that function during a concert?
25   A.    I don't recall -- I don't recall

162

1      S.J. Germanotta - Confidential
2  you're in the United States or in a foreign
3  country?
4      A.   Yes.
5      Q.   Okay.  Now, in terms of -- you
6  mentioned before that Jennifer never did any
7  dress-ups, you couldn't recall changes during the
8  course of the show.
9           Other than changes, which you think
10 and I think another assistant helps you on, would
11 Jennifer have any duties whatsoever during the
12 course while you were on stage?
13     A.   You know, I would have to just
14 double-check with both of you that she didn't do
15 quick-change.  I do have quick change people a
16 lot.  I don't recall that Jennifer was ever in
17 quick change, so no.  During the show she would
18 never be needed to work with me, physically at
19 that moment.
20          I would say that she worked mostly
21 -- the most important thing that she did those
22 nights was make sure that I get to the venue on
23 time, you know, get me into makeup and hair, get
24 me into my warm-ups and make sure that I stay on
25 schedule to make it on stage.