# EXHIBIT H

40

1                    W. Morris - Confidential

2          A.     You know, if something needed to be

3    printed or, you know, to check on something,

4    something like that.  But in general, the

5    assistant, you know, there was -- there was down

6    time while the artist is on stage.

7          Q.     Did the assistants ever participate

8    in the dressing, the quick changes that are done

9    for Lady Gaga, any assistant?

10         A.     Yes.  That's -- that Junko did,

11   yeah, Meagan and Junko did.

12         Q.     Did Jennifer --

13         A.     She did --

14         Q.     -- ever?

15         A.     -- from time to time, yeah.

16         Q.     We'll get into Jennifer in a little

17   bit.

18                So that might be a role even during

19   the show that an assistant might do, perform or

20   help perform the quick change?

21         A.     Yeah.  Not prepare the quick change,

22   just to be -- you know --

23         Q.     Ready for it?

24         A.     Right.  Because wardrobe people do

25   that.

41

1                  W. Morris - Confidential

2          Q.      And how many people are involved in

3     the quick change process?

4          A.      For Lady Gaga?

5          Q.      Right.

6          A.      Because her wardrobe is quite

7     complicated and stuff, there was five people in

8     the room.

9          Q.      Would that include the assistant

10    from time to time?

11         A.      Yeah.

12         Q.      And there would be wardrobe people?

13         A.      Mm-hmm.

14         Q.      Would you be present?

15         A.      Yeah.

16         Q.      What is your role?

17         A.      I'm one of the five.

18         Q.      You're one of the five?

19         A.      Mm-hmm.

20         Q.      What is your role, more like a

21    supervisory role, make sure everything works

22    right, or are you actually, physically

23    participating in the quick change process?

24         A.      No, I -- yeah, participating in the

25    quick change process, and then also being

42

W. Morris - Confidential

1

2  available to Gaga should there be an issue with

3  the show, which there was from time to time, just

4  to deal with production right away on it.  If any

5  concerns came to her while she was on stage, if

6  lighting wasn't right or something like that, she

7  would meant -- give me a note in there and I

8  would go and speak with them and get it

9  corrected.

10      Q.    Like if someone took a picture

11  during the show, are you allowed to take

12  photographs?

13      A.    Yeah, you know, cell phones

14  nowadays, you can't control that.

15      Q.    If someone had a laser pointer?

16      A.    Security would do that.  It was more

17  like one time Gaga stepped on a bolt on the stage

18  and put it between her toe and picked it up while

19  she was singing and put it in her bra and asked

20  me to find out where it came from, that sort of

21  thing.

22      Q.    Did you find out where it came from?

23      A.    Yeah.

24      Q.    Now, in the quick change process,

25  you said there were five people, did it always

43

```
1              W. Morris - Confidential
2    pretty much follow the same procedure from the
3    time that you started with Gaga until the time
4    that you ended, generally, about five people in
5    the quick change and generally the same sort of
6    procedure?
7         A.    We needed those people, yeah, yeah.
8         Q.    Did you know who they -- sorry, go
9    ahead.
10        A.    I know we're going to talk about
11   Jennifer later, but that was an issue with the
12   quick changes actually, that she wasn't present
13   all the time or reliable in that capacity.
14        Q.    We'll get into that.
15              In terms of the quick change people
16   that were there, do you remember them all, who
17   they were?
18        A.    Yeah.
19        Q.    I assume it changed over time or I
20   would be wrong, sometimes there were different
21   bodies, different people working for the
22   organization?
23        A.    No, it was pretty much the same.
24        Q.    Who were the five who would be
25   involved in the quick change generally, mostly,
```

44

                    W. Morris - Confidential

1
2    to the best of your recollection?

3            A.    It would be hair and makeup, which

4    is one person, and then the head of wardrobe

5    department, and her dresser, who was a tailor

6    and, you know, costumer, and myself, and an

7    assistant.

8            Q.    Who was the hair and makeup person?

9            A.    Frederic.

10           Q.    Head of wardrobe?

11           A.    Tony.

12           Q.    Tailor?

13           A.    Perry.

14           Q.    I have you and an assistant, which

15   we'll get to in a little bit.

16                 So you were certainly in a position

17   to observe who was involved in the quick change

18   process from the beginning of your time?

19           A.    I was at every single quick change.

20           Q.    At every job?

21           A.    From the moment I started with her

22   until the end, yeah.

23           Q.    Now, after the show ended, what was

24   the assistant's role?

25           A.    To -- the assistant's role after the