# EXHIBIT K

(http://abcnews.go.com/author/susanna_kim)
By Susanna Kim (http://abcnews.go.com/author/susanna_kim)
@skimm (http://twitter.com/skimm)

Jan 5, 2012 6:11pm

# Are Equinox Ad Models 'Too Skinny'?

Like 54 29 4 9 Text

(Equinox Fitness)

Equinox Fitness, a national gym chain headquartered in New York, is getting hit with criticism from members and the media for ads that feature models who are "skinny" instead of "healthy and fit."

The ad campaign (http://q.equinox.com/articles/2011/12/terry-richardson-campaign?soccid=SOC-fb-byequinox) is Equinox's second set by fashion photographer Terry Richardson. In the nine photos, scantily-clad male and female models pose in luxurious settings and clothing. The models lie on a couch, ride bicycles and pose with puppies — none of which take place in a gym.

## Categories

**Companies (http://abcnews.go.com/blogs/business/companies/)**
**Consumer Report (http://abcnews.go.com/blogs/business/consumer-reports/)**
**Economy (http://abcnews.go.com/blogs/business/economy-2/)**
**Made in America (http://abcnews.go.com/blogs/business/made-in-america/)**

## Recent Business Posts

Starbucks to Sell Single-Shot Coffee Machines (http://abcnews.go.com/blogs/business/2012/09/starbucks-to-sell-single-shot-coffee-machines/)

Lower Gas Prices May Be On The Way (http://abcnews.go.com/blogs/business/2012/09/lower-gas-prices-may-be-on-the-way/)

More Americans Paying Off Debts

"What do you get when you combine hot models, French bulldogs, cake and Terry Richardson? Our executive creative director spills secrets from the [photo] shoot," Equinox said on its Facebook page.

Equinox members peppered the company's Facebook site (https://www.facebook.com/Equinox) this week with criticism, saying the models looked "anorexic."

Others saw something else in the ad campaign.

"The people who complain, have missed the point ... and the message it is meant to convey," an Equinox member wrote in defense of the ads. "The selection of models and the images show Equinox as high fashion, cool, hip and edgy."

But another member had another idea: "If people who actually belong to the gym have "missed the point" maybe the ads have missed the mark."

Neither Terry Richardson nor Equinox returned requests from ABC News for comment.

**PREVIOUS**
IRS EXTENDS 2011 TAX FILING DATE (HTTP://ABCNEWS.GO.COM/BLOGS/BUSINESS/2012/01/IRS-EXTENDS-2011-TAX-FILING-DATE/)

**NEXT**
FORECAST: 2012 WORST YEAR FOR GAS PRICES (HTTP://ABCNEWS.GO.COM/BLOGS/BUSINESS/2012/01/FORECAST-2012-WORST-YEAR-FOR-GAS-PRICES/)

**Raspberry Pill Melts Fat?**
"Celebrity Doctor Exposes One Weird Fruit That Melts Fat Fast..."
PureRaspberryKetone.com

**Mortgage Rates Hit 2.50%**
Fed Drops Rates to 2.50%. Calculate New Rate Now at 2.90% APR!
www.SeeRefinanceRates.com

**Woman is 51 But Looks 25**
Mom publishes simple wrinkle secret that has angered doctors...
Consumers-Lifestyles.org

**Man Cheats Credit Score**
1 simple trick & my credit score jumped 217 pts. Banks hate this!
www.thecreditsolutionprogram.com

**USER COMMENTS**

Oh, give me a break.

Excessive skinniness is not America's number one weight problem.

Unless all the fat women I see have eaten the thin ones.

**POSTED BY:** PINK BERTIE | JANUARY 5, 2012, 6:48 PM 6:48 PM

Yes they are too skinny...but then again, since when do ads ever relate to real people? Ans: they never do, ads are always Madison avenue crap.

**POSTED BY:** RALPHF | JANUARY 5, 2012, 7:06 PM 7:06 PM

Too skinny for what? If no one wants them, I'll be happy to take them.

**POSTED BY:** | JANUARY 5, 2012, 7:31 PM 7:31 PM

**SHOWS:** Good Morning America (http://abcnews.go.com/blogs/topics/show/good-morning-america/) World News (http://abcnews.go.com/blogs/topics/show/world-news/)

Like 54 | 29 | 9 | Text

(http://abcnews.go.com/blogs/business/2012/09/more-americans-paying-off-debts/)

Apple (AAPL) Stock Closes Above $700 (http://abcnews.go.com/blogs/business/2012/09/apple-aapl-stock-closes-above-700/)

IPhone 5 Soaring Pre-Sales Lift Apple (AAPL) (http://abcnews.go.com/blogs/business/2012/09/iphone-5-soaring-pre-sales-lift-apple-stock/)

## Top Stories from ABC News (http://abcnews.go.com/xmldata/rss?id=74)

(http://abcnews.go.com/Business/slideshow/powerfull-women-business-17280496)
Photos: Fortune's Most Powerful Women in Business (http://abcnews.go.com/Business/slideshow/powerfull-women-business-17280496)

(http://abcnews.go.com/Business/12-colleges-job-payoff-harvard/story?id=17273504)
Beat Harvard: 12 Colleges Whose Grads Earn Higher Pay (http://abcnews.go.com/Business/12-colleges-job-payoff-harvard/story?id=17273504)

(http://abcnews.go.com/Business/slideshow/matthew-perry-listed-home-hollywood-hills-53-million-6636854)
Photos: 'Friends' Star Re-Lists Home (http://abcnews.go.com/Business/slideshow/matthew-perry-listed-home-hollywood-hills-53-million-6636854)

Case 1:11-cv-09128-PGG Document 40-11 Filed 12/07/12 Page 4 of 7

Well if it increases sales, it does the job, if not, well they missed the mark. A lot of people don't like looking at starving people.

POSTED BY: EMERALD_SPARKS | JANUARY 6, 2012, 7:33 PM 7:33 PM

You people [illegible] models are [illegible]

POSTED BY: JEN | JANUARY 6, 2012, 12:48 AM 12:48 AM

Well this ad serves the male population. Good luck guys on finding such a woman while the rest of us average gals will just laugh at ya.

POSTED BY: CAROLYN | JANUARY 6, 2012, 1:04 AM 1:04 AM

None of these models are anorexic. Sex sells. Society has adapted to us, the consumer. These ads from the way I see it are a form of [illegible] like her or him you got to work for it. You think that these models got their body to be th[illegible]m. Really now folks, it's called a personal trainer and a dietitian that will give you all th[illegible] healthy way if you're really that concern. I have to agree with Pink on this one, we [illegible] there are underweight in America.

POSTED BY: SAMANTHA KELP | JANUARY 6, 2012, 1:23 AM 1:23 AM

Yes they are [illegible] to a gym that would make me look like a famine victim? I go to the gym to get fit. Tho[illegible] unappealing. I bet none [illegible] a 5 pound weight.

As for the m[illegible] myth. Being underweight is worse for your health than being overweight. A[illegible] believe were true then the solution would be to market gyms to the people who r[illegible] women need food marketed towards them, not a gym where they will get hurt ope[illegible]

POSTED BY: E[illegible] PM

I think it's gre[illegible] and huge under natural circumstances. Pretty sure humans supposed to be relatively skinny.

POSTED BY: MIKE | FEBRUARY 19, 2012, 11:11 AM 11:11 AM

## MORE FROM ABC NEWS

[World's Smallest Bodybuilder Dies at Age 23 (http://abcnews.go.com/blogs/health/2012/09/13/worlds-smallest-bodybuilder-dies-at-age-23/)]

[Alison Pill of 'The Newsroom' Accidently Tweets Topless Photo (http://abcnews.go.com/blogs/entertainment/2012/09/alison-pill-of-the-newsroom-accidently-tweets-topless-photo/)]

[Ann Romney Refuses To Answer Questions On Social Issues (http://abcnews.go.com/blogs/politics/2012/09/ann-romney-refuses-to-answer-questions-on-social-issues/)]

[Caribbean Cruise Passenger Goes Overboard (http://abcnews.go.com/blogs/headlines/2012/09/caribbean-cruise-passenger-goes-overboard/)]

[Video: Toddler Plays With Gorilla (http://abcnews.go.com/blogs/headlines/2012/09/video-toddler-plays-with-gorilla/)]

[Mitt Romney Stands by Comments About Entitled Obama Supporters in Leaked Videos (http://abcnews.go.com/blogs/politics/2012/09/leaked-videos-show-mitt-romney-unscripted/)]

## FROM AROUND THE WEB

[How Liberal are You? Try this short quiz to find out. (http://www.thedenverchannel.com/news/politics/obama-or-romney-website-helps-voters-match-their-opinions-with-the-best-presidential-candidate)] *(The Denver Channel)*

[NFL coaches, players fed up with fill-in refs (http://espn.go.com/new-york/nfl/story/_/id/8394294/nfl-coaches-players-fed-fill-refs)] *(ESPN New York)*

[More Billionaires Agree to Give Away Half Their Wealth (http://www.newser.com/story/154307/more-billionaires-agree-to-give-away-half-their-wealth.html)] *(Newser)*

[Heart Attack: How Your Body Warns You Days Before (http://www.newsmax.com/Newsfront/heart-attack-four-things/2012/04/05/id/434957)] *(Newsmax.com)*

[How to Load Your Dishwasher: Common Mistakes People Make (http://www.dishwashersinfo.com/Features/How-to-Load-Your-Dishwasher.htm)] *(Dishwashers Info)*

[A look into the haunting, green-eyed gaze that captivated the world (http://www.snagfilms.com/films/title/search_for_the_afghan_girl/)] *(SnagFilms)*

[What's This?]

(http://abcnews.go.com/blogs/business/2012/09/starbucks-to-sell-single-shot-coffee-machines/)
Starbucks to Sell Single-Shot Machines (http://abcnews.go.com/blogs/business/2012/09/starbucks-to-sell-single-shot-coffee-machines/)

(http://abcnews.go.com/Business/video/apple-tops-700-fedex-findings-economy-oil-flash-17261914)
Watch: Apple Tops 700, FedEx Findings on Economy, Oil Flash Crash? (http://abcnews.go.com/Business/video/apple-tops-700-fedex-findings-economy-oil-flash-17261914)

## Subscribe

RSS (http://abcnews.go.com/blogs/business/companies/fee

Twitter (http://twitter.com/ABC)

Facebook (http://www.facebook.com/abcnews)

Top

## Leave a Reply

Do you have more information about this topic? If so, please click here (http://abcnews.go.com/Politics/mailform?id=14106679) to contact the editors of ABC News.

**RELATED VIDEOS**

Name (required)

Mail (will not be published) (required)

Website

Housing Market, Hiring Both Up: Economy Turning A Corner? (http://abcnews.go.com/GMA/video/us-housing-market-hiring-economy-turning-corner-17278740)

Airlines Asking Parents to Pay Extra to Sit With Children (http://abcnews.go.com/GMA/video/airlines-parents-pay-extra-sit-children-17269360)

SUBMIT COMMENT

**A Fruit That Burns Fat?**
Celebrity Doctor Exposes Fat Blasting Fruit. Results Will Shock You...
PureRaspberryKetone.com

**5 Foods for a Flat Belly:**
Surprising foods that help to burn abdominal fat.
TruthAboutStomachFat.com

**A Fruit That Burns Fat?**
This unusual report shows 1 fruit that fights stomach fat.
www.ConsumerSavingAlerts.org

**54-Year-Old Mom Looks 27**
Follow this 1 weird tip and remove 20 years of wrinkles in 20 days.
theSmartConsumerLiving.com

(http://abcnews.go.com)

External links are provided for reference purposes. ABC News is not responsible for the content of external Internet sites. Copyright © 2012 ABC News Internet Ventures. Yahoo! - ABC News Network

BACK TO TOP

**Sections**

U.S. (http://abcnews.go.com/us)

World (http://abcnews.go.com/international)

Politics (http://abcnews.go.com/politics)

OTUS (http://abcnews.go.com/politics/otus)

Investigative (http://abcnews.go.com/blotter)

Health (http://abcnews.go.com/health)

Entertainment

**Shows**

NY Med (http://nymedshow.com)

Good Morning America (http://abcnews.go.com/gma)

World News with Diane Sawyer (http://abcnews.go.com/wn)

Nightline (http://abcnews.go.com/nightline)

This Week with George Stephanopoulos (http://abcnews.go.com/thisweek)

20/20 (http://abcnews.go.com/2020)

Primetime

**Tools**

iPad App (http://abcnews.go.com/ipad)

Register (https://register.go.com/global/abcnews/register?appRedirect=http://abcnews.go.com/)

Sign In (https://register.go.com/global/abcnews/login?rd=true&appRedirect=http://abcnews.go.com/)

Facebook (http://www.facebook.com/abcnews)

Twitter (http://twitter.com/abc)

**About**

Contact Us (http://abcnews.go.com/Site/page?id=3068843)

Feedback (http://abcnews.go.com/Site/page?id=3271346&cat=ABCNews.com%20comm

Advertising (http://mediakit.go.com/abcnews/index.html)

Privacy Policy (http://disney.go.com/corporate/privacy/pp_abc.html)

Interest-Based Ads (http://preferences.truste.com/2.0/?type=abcnews&affiliateId=11)

Terms of Use

(http://abcnews.go.com/entertainment)

Money (http://abcnews.go.com/business)

Technology (http://abcnews.go.com/technology)

Travel (http://abcnews.go.com/travel)

Recipes (http://abcnews.go.com/recipes)

News Topics (http://abcnews.go.com/topics/)

(http://abcnews.go.com/primetime)

What Would You Do? (http://abcnews.go.com/whatwouldyoudo)

ABC.com (http://abc.com)

Blogs (http://abcnews.go.com/blogs)

Emails & News Alerts (https://register.go.com/global/abcnews/modifyAccount?affiliateName=abcnews&appRedirect=modifyAccount)

Message Boards (http://forums.abcnews.go.com/n/forumIndex.aspx?webtag=abcnewsindex)

RSS Headlines (http://abcnews.go.com/Site/page?id=3520115)

(http://disney.go.com/corporate/legal/terms.html)

ABC News Store (http://abcnewsstore.com/)

Site Map (http://abcnews.go.com/sitemap)

Site Index (http://abcnews.go.com/meta/sitemap)

Authors List (http://abcnews.go.com/author/)

ABC News | Univision (http://abcnews.go.com/ABC_Univision)