# EXHIBIT L



























Case 1:11-cv-09128-PGG    Document 40-12    Filed 12/07/12    Page 13 of 13