# EXHIBIT M

Case 1:11-cv-09128-PGC Document 40-13 Filed 12/07/12 Page 2 of 2



## Not a Bad Romance: Lady Gaga posts 'nude' pool snap with boyfriend Taylor Kinney

By Cynthia Hart

PUBLISHED: 17:30 EST, 6 August 2012 | UPDATED: 01:56 EST, 7 August 2012

They met on the set of her You and I music video last year – she, playing a mermaid, he, her lover.

And now it seems life is imitating art in a sultry new snap Lady Gaga has posted online.

The pop star appears to be skinny-dipping with her boyfriend Taylor Kinney as he embraces her for a passionate kiss in the water.

*Scroll down for video*



Sultry: Lady Gaga appears to go nude while kissing her boyfriend Taylor Kinney in a pool in this photo posted on her social networking website LittleMonsters.com

'T and Me', the pop star captioned the photo of herself with the Vampire Diaries actor, posted to her website LittleMonsters.com.

The couple, who met filming You and I in July 2011, began dating shortly thereafter.

And although they split briefly earlier this year, all seems to be well with the loved-up pair.

Gaga, real name Stefani Germanotta, even took the actor to dinner with her parents in New York over the weekend.

The 26-year-old star has meanwhile revealed her new album title, ARTPOP, along with a photograph of a matching new tattoo, announcing the highly anticipated follow-up to her 2011 album, Born This Way.