# EXHIBIT N

- New Music Reviews
- Out This Week
- REVIEWS
  - All Reviews
  - Album Reviews
  - Track Reviews
  - Live Reviews
  - Upcoming Album Release Dates
  - Best Albums And Tracks Of The Year
  - NME Recommends
  - Albums Database
- PHOTOS
  - Photos Home
  - Buy Photos
  - Photo Polls
  - NME Lists
  - Festival Photos
  - Big Picture Galleries
- BLOGS
  - All Blogs
  - Radar
  - Popwatch
  - The Movies Blog
  - The Big Picture
  - NME Magazine
  - 60 Years Of NME
- FILM & TV
  - Film & TV Home
  - Film & TV News
  - Movie Blog
  - Movie Trailers
  - Cinema Coming Soon
  - DVD Trailers
  - Film Premieres
  - Movie Interviews
- FESTIVALS
  - Festivals Home
  - Festival Index
  - Festival News
  - Festival Photos
  - Festival Video
  - Festival Blog
  - Festival Signing Tent
  - Festival Tickets
  - Big Picture Galleries
- LISTS
- ARTISTS
  - Artist Index
  - Album Index
- SHOP

- All News
- Music News
- Movie News
- Tour News
- Album News
- Newsletters
- RSS Feeds
- Message Boards
- Technology News

## Latest News

- Next Story
- Previous Story

September 16, 2012 15:30

## Watch Lady Gaga get her head tattooed live onstage at perfume launch in New York

Singer also reportedly urinated in a champagne bucket as she unveiled 'Fame' fragrance

- More Lady Gaga news, reviews, videos and tour dates
- Buy Lady Gaga music from Amazon

- Tweet
- Lady Gaga news RSS Feed



Next Previous

Photo Gallery: Lady Gaga
Photo: PA

Lady Gaga had a tattoo inked on the back of her head during a live show in New York to launch her new perfume 'Fame' earlier this week (September 13) – scroll down and click below to watch.

The 'Born This Way' singer's fragrance launch, which took place at the Guggenheim Museum on the city's Upper East Side, was a typically bizarre affair as she followed her recent headshaving by having a cherub with angel wings etched on her head in front of the audience.

According to the Daily Record, Gaga started off the bash by clambering inside a giant perfume bottle and pretended to be asleep for two hours while fans were invited to touch the singer on the hand – but were asked to refrain from disturbing her from her slumber.



Once she had awaken, meanwhile, she preened herself in front of a mirror and crouched down – with the consensus of fans in attendance being that she was urinating in a champagne bucket – before she had the tattoo applied. Yoko Ono, Marc Jacobs, Paris Hilton, Michael Strahan, Jason Wu and Lindsay Lohan were among the stars in attendance.

Gaga shaved her head on Tuesday (September 11) in tribute to the mother of photographer Terry Richardson, a close friend of hers. She wrote: "I did it for you Terry. I'm sorry about your mommy. She has princess die, but we're all princess high." The singer is set to make a public appearance at iconic London department store Harrods on October 7.

**Read more**

- Lady Gaga smokes a spliff onstage in Amsterdam and talks 'wondrous marijuana' - video
- Lady Gaga opens Michael Jackson-themed show at London Fashion Week - watch
- Lady Gaga shows off her newly shaved head




