# EXHIBIT O

# DAILY NEWS

### MUSIC & ARTS

# Lady Gaga videotaped smoking pot on stage during Amsterdam concert

**'Born This Way' singer has said she is a marijuana fan and enjoyed Dutch pit stop in city where it's legal**

BY ETHAN SACKS / NEW YORK DAILY NEWS

PUBLISHED: WEDNESDAY, SEPTEMBER 19, 2012, 11:42 AM

UPDATED: WEDNESDAY, SEPTEMBER 19, 2012, 11:47 AM



RICK VAN BECKUM VIA YOUTUBE

Lady Gaga lights up at Monday night's concert at Amsterday's Ziggo Dome.

Lady Gaga is going to pot.

The 26-year-old diva went native during her concert Monday in Amsterdam, taking a few puffs from what appeared to be a marijuana joint while performing on stage.

In a video captured by a concertgoer, the "Just Dance" singer is handed a wrapped cigarette from someone in the Dutch audience.

"Holland, is it real? Don't tease me," says Gaga, pulling open the wrapper. "Oh, it's real."

After lighting it up and taking a few long puffs, Gaga throws the lit joint to another fan in the crowd at the Ziggo Dome.



RICK VAN BECKUM VIA YOUTUBE

Amsterdam, where pot smoking has been legalized, seems the perfect fit for Gaga, an admitted fan of the "medical" drug.

The New York product, born this way as Stefani Germanotta, has admitted in the past that she dabbled in harder drugs, but cleaned up her act - almost completely.

"'I am a little bit part of the green club," she told the hosts of "The View" last year.

During her Amsterdam concert, Gaga used the opportunity to extoll the virtues of pot. She even joked that she would lobby President Obama to legalized marijuana worldwide, according to London's The Sun.

"I want you to know it has totally changed my life and I've really cut down on drinking," she told her Dutch Little Monsters. "It has been a totally spiritual experience for me with my music."



## OTHERSTORIES



Reese Witherspoon Totally Used Robert Pattinson to Help Sell Her Gorgeous Ranch
(CafeMom)



Lady Gaga surprises fans in parking lot with new song



Madonna speaks out in support of jailed band Pussy Riot, tells U.S. fans: 'Don't get fat and lazy and take (our) freedom for granted'



Rita Moreno: Banished from Hollywood for Refusing to Play a Stereotype
(Makers)