UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JENNIFER L. O'NEILL,                :

                    Plaintiff,    :   Case No. 11-Civ-9128 (PGG)

      -against-                   :   ECF

MERMAID TOURING INC. AND             :   **DECLARATION
STEFANI JOANNE GERMANOTTA,              IN SUPPORT
a/k/a "LADY GAGA,"                   :   OF MOTION
                                      FOR SANCTIONS**
                    Defendants.   :
------------------------------------X

        VIRGINIA K. TRUNKES, an attorney duly admitted to practice before this Court, declares that the following is true and correct under the penalty of perjury:

        1.    I am associated with Snitow Kanfer & Holtzer, LLP, counsel for plaintiff Jennifer L. O'Neill.

        2.    This declaration is respectfully submitted in support of Ms. O'Neill's motion for an Order pursuant to Fed. R. Civ. P. Rules 26(g) and 37(c)(1) precluding Defendants Mermaid Touring Inc. and Stefani Germanotta, a/k/a "Lady Gaga" from opposing Ms. O'Neill's claims regarding the amount of hours she worked per day, and awarding Plaintiff reasonable expenses including attorneys' fees.

        3.    Annexed hereto as Exhibit "A" is a copy of the Amended Complaint dated June 7, 2012.

        4.    Annexed hereto as Exhibit "B" are copies of various emails dated April 26, 2010, April 10, 2010, June 24, 2010, September 15, 2010, February 24, 2010, April 3, 2010, November 7, 2010, April 7, 2010 and February 13, 2011.

        5.    Annexed hereto as Exhibit "C" is a copy of a portion of the

deposition of Wendi Morris dated August 7, 2012.

6. Annexed hereto as Exhibit "D" is a copy of page 6 of Defendants' Responses to Requests to Admit dated July 27, 2012.

7. Annexed hereto as Exhibit "E" is page 3 of Defendants' Rule 26 Initial Disclosures.

8. Annexed hereto as Exhibit "F" are pages 4 through 6 of Ms. O'Neill's First Request for Documents.

9. Annexed hereto as Exhibit "G" are pages 3 and 4 of Ms. O'Neill's Second Request for Documents.

10. Annexed hereto as Exhibit "H" are pages 5 through 8 of Defendants' Responses to Ms. O'Neill's Second Request for Production of Documents.

11. Annexed hereto as Exhibit "I" are copies of correspondence between counsel dated August 2, 2012, August 17, 2012, August 23, 2012, August 24, 2012, August 28, 2012, September 7, 2012 and September 19, 2012.

12. Annexed hereto as Exhibit "J" is a copy of the Joint Letter to this Court dated October 12, 2012.

13. Annexed hereto as Exhibit "K" are copies of various non-produced emails sent to both Ms. O'Neill and Ms. Germanotta.

14. Annexed hereto as Exhibit "L" are copies of various non-produced emails between Ms. O'Neill and Ms. Germanotta.

15. Annexed hereto as Exhibit "M" are copies of various non-produced emails between Ms. Morris and Ms. Germanotta.

16. Annexed as Exhibit "N" are copies of emails dated December 9,

2010 and March 5, 2011.

      17.    Annexed hereto as Exhibit "O" are copies of one email dated December 6, 2010, two emails dated December 12, 2010, and one email dated March 5, 2011.

      18.    Annexed hereto as Exhibit "P" are copies of emails dated September 23, 2010, October 29, 2010, December 22, 2010 and December 8, 2010.

WHEREFORE, it is respectfully requested that Ms. O'Neill's motion be granted in its entirety, and for such other and further relief as this Court deems just and proper.

Dated:  New York, New York
          December 14, 2012

                                          */s/ Virginia K. Trunkes*
                                          VIRGINIA K. TRUNKES
                                              (VT-8642)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

RACHEL ALICEA, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in New York, County of New York; that, following attempted service on December 14, 2012, on December 17, 2012, deponent served by hand a true copy of the within Declaration in Support of Motion for Sanctions to the following counsel of record:

> PROSKAUER ROSE, LLP
> Steven Hurd, Esq.
> Brian Gershengorn, Esq.
> Eleven Times Square
> New York, New York 10036
> *Attorneys for Defendant Mermaid Touring, Inc.*
> *and Stefani Germanotta, a/k/a "Lady Gaga"*

_____
RACHEL ALICEA

Sworn to before me this
17th day of December, 2012

_____
NOTARY PUBLIC

VIRGINIA K TRUNKES
Notary Public, State of New York
No. 02TR6177577
Qualified in New York County
Commission Expires December 20, 2015