# EXHIBIT B

**Virginia Trunkes**

| | |
|---|---|
| From: | jen. |
| Sent: | Monday, April 26, 2010 1:42 AM |
| To: | Wendi Morris |
| Subject: | Re: Tomorrow |

Its not a problem. I get frustrated because I want to be more prepared. Ical doesn't have the details in it until mid-late day or night before. As far as I can tell Tues is now free?

I know you're working non stop and I'm appreciative of any time off I can get :)

Sent via BlackBerry by AT&T

-----Original Message-----
From: wendi
Date: Mon, 26 Apr 2010 05:31:03
To: Jennifer O'Neil
Subject: Re: Tomorrow

Sry we have all been working non stop, hope u got some rest Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: jen
Date: Mon, 26 Apr 2010 05:30:09
To: Wendi Morris
Subject: Re: Tomorrow

No Ellen. Yeah!

If she wants me to be there at 8am I will. This is why I would like the schedule so I can figure out when to be there rather than having it sprung on me a couple hours beforehand. Should I contact Kevin or Thomas to make sure someone is up to let me in?

Is there anything else tomorrow besides the shoot?

Thanks!

Sent via BlackBerry by AT&T

-----Original Message-----
From: wendi
Date: Mon, 26 Apr 2010 05:21:31
To: Jennifer O'Neil
Subject: Re: Tomorrow

NO Ellen thank gosh!

Can you be at house in 8am to get her out the door, she maybe dragging today was long day. Her choreography is really hard!!! She looks amazing Sent from my Verizon Wireless BlackBerry

1

```
-----Original Message-----
From: jen
Date: Mon, 26 Apr 2010 05:12:54
To: Wendi Morris
Subject: Re: Tomorrow
```

Cool. Thx! Is Ellen happening?


Sent via BlackBerry by AT&T

```
-----Original Message-----
From: wendi
Date: Mon, 26 Apr 2010 05:05:50
To: Jennifer O'Neil
Subject: Re: Tomorrow
```

Yes, went well. Shoots are low key, up to you guys. I will be there all day, Troy in and out...

Be back at laptop shortly, will frwd call sheet ------Original Message------
From: Jennifer O'Neil (email)
To: Wendi • Morris
ReplyTo: Jennifer O'Neil (email)
Subject: Re: Tomorrow
Sent: Apr 25, 2010 10:04 PM

No, no one has asked me to bring anything.  Just checking in as I assumed I would be there. I'm not sure where I'm needed this week. Everything went well today?

------Original Message------
From: Wendi Morris
To: Jennifer O'Neill
ReplyTo: Wendi Morris
Subject: Re: Tomorrow
Sent: Apr 25, 2010 9:52 PM

Standby, she doesn't need anything, its a photo shoot 10 to 6pm (her usual travel items laptop, powerchords etc)  unless Nicola asked u to bring things?
------Original Message------
From: Jennifer O'Neil (email)
To: Wendi • Morris
ReplyTo: Jennifer O'Neil (email)
Subject: Re: Tomorrow
Sent: Apr 25, 2010 9:49 PM

Just tried to reach you. I need the rest of the details to figure out what she needs and where to be etc.....
------Original Message------
From: Wendi Morris
To: Jennifer O'Neill
ReplyTo: Wendi Morris
Subject: Re: Tomorrow
Sent: Apr 25, 2010 9:36 PM

She will depart house @ 930a to shoot.

2

```
------Original Message------
From: Jennifer O'Neil (email)
To: Wendi • Morris
ReplyTo: Jennifer O'Neil (email)
Subject: Tomorrow
Sent: Apr 25, 2010 9:35 PM
```

Checking in on the schedule.

Thx,
Jen
Sent via BlackBerry by AT&T


Sent from my Verizon Wireless BlackBerry

Sent via BlackBerry by AT&T

Sent from my Verizon Wireless BlackBerry

Sent via BlackBerry by AT&T

Sent from my Verizon Wireless BlackBerry

3

**Virginia Trunkes**

| | |
|---|---|
| From: | jen |
| Sent: | Saturday, April 10, 2010 11:50 AM |
| To: | Troy Carter; Wendi Morris |
| Subject: | Re: |

I understand and we will

Sent via BlackBerry by AT&T

---

**From:** "Troy Carter" <
**Date:** Sat, 10 Apr 2010 09:00:28 -0400
**To:** <jen                    >; Wendi
**Subject:**

We really need to get Gaga on stage on time. It's beyond a problem at this point and impacts the fan experience, merchandise sales, costs, and time on the back-end. We need to get this fixed going into these next run of dates.

1

# Virginia Trunkes

**From:** jen
**Sent:** Thursday, June 24, 2010 2:21 PM
**To:** Wendi Morris
**Subject:** Re:

She said she wants to sleep 20 more mins... Not sure what that means for the dinner

Sent via BlackBerry by AT&T

-----Original Message-----
From: jen
Date: Thu, 24 Jun 2010 18:00:44
To: Wendi Morris
Reply-To: jen
Subject: Re:

I agree.... She's still sleeping so I'll wait a lil longet to wake her.

------Original Message------
From: Wendi Morris
To: Jennifer O'Neill
ReplyTo: Wendi Morris
Subject: Re:
Sent: Jun 24, 2010 6:45 PM

Worried, maybe she should skip dinner and sleep till 9pm. New Zealand jetlag reminder :( ----
--Original Message------
From: Jennifer O'Neil (email)
To: Wendi • Morris
ReplyTo: Jennifer O'Neil (email)
Subject: Re:
Sent: Jun 24, 2010 6:25 PM

Prolly but she's sleepin now.
------Original Message------
From: Wendi Morris
To: Jennifer O'Neill
ReplyTo: Wendi Morris
Subject: Re:
Sent: Jun 24, 2010 6:16 PM

Does she still want to sit for dinner 8:30-930p?

------Original Message------
From: Jennifer O'Neil (email)
To: Wendi • Morris
ReplyTo: Jennifer O'Neil (email)
Subject: Re:
Sent: Jun 24, 2010 6:15 PM

She doesn't want to leave until 7 or later

1

```
------Original Message------
From: Wendi Morris
To: Ed Majcina
To: Jennifer O'Neill
ReplyTo: Wendi Morris
Subject:
Sent: Jun 24, 2010 6:03 PM
```

Paparazzi at back gate
Richard has been instructed to go the alternate route to dressing room Wendi Morris - Atom Factory Inc.-

Sent via BlackBerry by AT&T


Wendi Morris - Atom Factory Inc.

Sent via BlackBerry by AT&T

Wendi Morris - Atom Factory Inc.

Sent via BlackBerry by AT&T

2

**Virginia Trunkes**

From: edmajcina
Sent: Wednesday, September 15, 2010 4:38 PM
To: Jennifer LG
Subject: Re: Weds, Sept 15 - Philly Showday #2


Do we have a departure time?
Sent via BlackBerry by AT&T

-----Original Message-----
From: jen
Date: Wed, 15 Sep 2010 19:30:10
To: Wendi Morris
Reply-To: jen
Cc: Ed Majcina
Subject: Re: Weds, Sept 15 - Philly Showday #2

Ok. Im not sure when because she's sleeping.


Sent via BlackBerry by AT&T

-----Original Message-----
From: wendi
Date: Wed, 15 Sep 2010 19:27:13
To: Jennifer O'Neil
Reply-To: wendi
Cc: Ed Majcina
Subject: Fw: Weds, Sept 15 - Philly Showday #2


Let Ed and know what time she wants to leave hotel to venue

------Original Message------
From: Wendi • Morris
To: Wendi • Morris
ReplyTo: Wendi • Morris
Subject: Weds, Sept 15 - Philly Showday #2
Sent: Sep 15, 2010 12:18 AM

WEDNESDAY, Sept 15

PHILADELPHIA HOTEL
The Four Seasons
1 Logan Square
Phiadelphia, PA 19103
Ph: 215.963.1500
Chk out Thurs (1:15p load bags)

VENUE
Wachovia Center
Cap: 14,500

BIKRAM
1520 Sansom Street

1

WEDNESDAY, Sept 15  
TBC  - Private Bikram Yoga  
TBC- Studio bus @ venue  
TBC - Nap  
6:00p - Radio drop "Stand Up to Cancer"  
6:15p - Massage  
7:00p - Glam  
7:45p - Vocal Warm Ups  
8:30p - Prayer  
8:45p - Onstage  
10:45p - Offstage / stay overnight  

THURSDAY, Sept 16  
•Travel Philly to Hartford (3 hrs)  
•Showday Hartford  
TBC - Private Bikram Yoga in Philly  
After  - Drive Philly to Hartford Venue  
6:15p - Massage  
7:00p - Glam  
7:45p - Vocal Warm Ups  
8:30p - Prayer  
8:45p - Onstage  
10:45p - Offstage / Drive to NYC  

FRIDAY, Sept 17  
Day Off NYC  
3:00a -Depart NYC to Charolette (11hrs)  

SATURDAY, Sept 18  
Charolette, NC Showday  
3:00p - Arrive venue  
6:15p - Massage  
7:00p - Glam  
7:45p - Vocal Warm Ups  
8:30p - Prayer  
8:45p - Onstage  
10:45p - Offstage  
After show stay overnight  

SUNDAY, Sept 19  
Raleigh Showday  
TBC - Bikram Yoga in Charolette?  
After - Drive to Raleigh  
6:15p - Massage  
7:00p - Glam  
7:45p - Vocal Warm Ups  
8:30p - Prayer  
8:45p - Onstage  
10:45p - Offstage / Drive to NYC  

MONDAY, Sept 20  
DAY ONE VACATION!

Wendi Morris - Atom Factory Inc.

Wendi Morris - Atom Factory Inc.-

**Rachel Alicea**

| | |
|---|---|
| From: | jen |
| Sent: | Wednesday, February 24, 2010 4:51 PM |
| To: | Allison Streuter |
| Subject: | Re: After show food for Gaga and Matt |

Where is this from? I ordered from catering already. In quik change now. Can't look at menu.

Sent via BlackBerry by AT&T

---

**From:** Allison Streuter
**Date:** Wed, 24 Feb 2010 20:52:06 +0000
**To:** Jennifer O'Neill
**Subject:** After show food for Gaga and Matt

Please choose from this menu for Gaga and Matt

http://www.therestaurantbarandgrill.co.uk/pdfs/January2010/Liverpool/Main_Menu.pdf

1

**Rachel Alicea**

**From:** Troy Carter
**Sent:** Saturday, April 03, 2010 7:25 AM
**To:** jen
**Subject:** Re: Are you available?

Yes. Email me first. Bad service where I am.

---

**From:** jen
**To:** Troy Carter
**Sent:** Sat Apr 03 07:10:00 2010
**Subject:** Re: Are you available?

On my cell but its showtime... In quik change. Can I hit u up when I'm alone in my room in a couple hours?

Sent via BlackBerry by AT&T

---

**From:** "Troy Carter"
**Date:** Sat, 3 Apr 2010 07:02:07 -0400
**To:** <jen
**Subject:** Re: Are you available?

Am now. What # are you at?

----- Original Message -----
From: jen
To: Troy Carter
Sent: Sat Apr 03 02:41:03 2010
Subject: Are you available?

I want to give you a heads up about something.

Thanks!

Jen
Sent via BlackBerry by AT&T

1

# Rachel Alicea

**From:** Florence Tse
**Sent:** Sunday, November 07, 2010 2:55 PM
**To:** jen
**Subject:** Re: Luggage

come to the dressing room hallway, driver is waiting with carl.

**Florence Tse**
Tour Manager / Lady Gaga 2010
Mobile:
Mobile:
Fax:
Email:

On Nov 7, 2010, at 8:53 PM, jen wrote:

Im in quik change. Where is he? I have 10-15 b4 next change

Sent via BlackBerry by AT&T

---

**From:** Florence Tse
**Date:** Sun, 07 Nov 2010 20:45:54 +0100
**To:** <jen
**Subject:** Re: Luggage

Hey Jen - I asked Carl to meet you to show you which van to look at. Are you around?

**Florence Tse**
Tour Manager / Lady Gaga 2010
Mobile:
Mobile:
Fax:
Email:

On Nov 7, 2010, at 8:33 PM, jen wrote:

Wendi asked that I let you know when I need to get to luggage van to unload for charter. I'm ready now if someone can meet me at van.

Sent via BlackBerry by AT&T

1

**Virginia Trunkes**

From: jen
Sent: Wednesday, April 07, 2010 12:24 AM
To: Joe Germanotta
Subject: Re: Went for run

No I am ;) I was up all night with her and haven't really slept. Lol

------Original Message------
From: Joe Germanotta
To: Jennifer O'Neill
ReplyTo: Joe Germanotta
Subject: Re: Went for run
Sent: Apr 7, 2010 2:20 PM

She grumpy
------Original Message------
From: jen
To: Joe Germanotta
ReplyTo: jen
Subject: Re: Went for run
Sent: Apr 7, 2010 12:10 AM

U got it.

------Original Message------
From: Joe Germanotta
To: Jennifer O'Neill
ReplyTo: Joe Germanotta
Subject: Re: Went for run
Sent: Apr 7, 2010 2:09 PM

Please ask her where abd wheb I should meet her ------Original Message------
From: jen
To: Joe Germanotta
ReplyTo: jen
Subject: Re: Went for run
Sent: Apr 6, 2010 11:58 PM

She's getting ready for studio now :)
------Original Message------
From: Joe Germanotta
To: Jennifer O'Neill
ReplyTo: Joe Germanotta
Subject: Went for run
Sent: Apr 7, 2010 1:27 PM

Can you get her to sleep?  Long day
------Original Message------
From: jen
To: Joe Germanotta
ReplyTo: jen
Subject: Are u at carole king joe?
Sent: Apr 6, 2010 5:57 AM

1

Sent via BlackBerry by AT&T


Sent from my Verizon Wireless BlackBerry

Sent via BlackBerry by AT&T


Sent from my Verizon Wireless BlackBerry

Sent via BlackBerry by AT&T


Sent from my Verizon Wireless BlackBerry

Sent via BlackBerry by AT&T

Rachel Alicea

**From:** jen⋅
**Sent:** Sunday, February 13, 2011 3:12 AM
**To:** Don Lawrence
**Subject:** Re: Audio of rehearsal

She's asleep. Im checking on audio file. I was under impression it waouldve been sent already. Will get back to you.

Sent via BlackBerry by AT&T

---

**From:** Don Lawrence ⋅
**Date:** Sun, 13 Feb 2011 02:20:46 -0500
**To:** <jen⋅
**Subject:** Re: Audio of rehearsal

I have not received the audio yet. Does she want me to call tonight or in the morning? If in the morning, what time?

------------------------------------

Sent from my Android Phone.


jen⋅                  ⋅ wrote:
Gaga asked me to let you know the rehearsal started almost 2 hours after warm up. Would you please let her know what you think of the mix? Thanks Don! Sent via BlackBerry by AT&T

1