# EXHIBIT C

18

W. Morris - Confidential

```
 1        A.    Yes.
 2        Q.    Quite often, if not all the time,
 3   right?
 4        A.    Yes.
 5        Q.    An assistant to a star, in your
 6   experience, has to be available to that star
 7   whenever that star needs them, correct?
 8            MR. HURD:  Objection.
 9            You can answer.
10        A.    A good assistant?
11        Q.    Yes.
12        A.    Yes.  I think when you start out
13   you're available to the star.
14        Q.    Anytime that the star needs you?
15        A.    Yeah.
16        Q.    And that is what is expected in the
17   business, correct?
18            MR. HURD:  Objection.
19            You can answer.
20        Q.    Based upon your experience.
21        A.    Yes.
22        Q.    So how long did you serve in
23   management capacity with either the Black Eyed
24   Peas or Fergie?
```