# EXHIBIT E

capacities in which she worked for Defendant, and payments made to her.

4. Wendi Morris – Ms. Morris has knowledge regarding Plaintiff's work schedule.

The persons listed above may also have relevant information concerning: Plaintiff's employment with Mermaid, the terms and conditions of Plaintiff's independent contractorship in 2009 and employment in 2010, Plaintiff's job performance, the termination of Plaintiff's employment, and Mermaid's employment policies, rules, procedures, and practices applicable to Plaintiff.

### Rule 26(a)(1)(A)(ii)

[Provide] a copy of – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

### Rule 26(a)(1)(A)(ii) Disclosure

Documents concerning Plaintiff's independent contractorship in 2009 and employment in 2010, including copies of her personnel file/employee file.

Documents and data concerning Plaintiff's fees in 2009 and compensation in 2010.

Emails and/or documents concerning Plaintiff.

\*   \*   \*

By referring to documents as part of the initial disclosure process, Defendant does not waive any right to require an appropriate confidentiality order prior to production of the same.

### Rule 26(a)(1)(A)(iii)

[Provide] a computation of any category of damages claimed by the disclosing