# EXHIBIT F

## DOCUMENTS TO BE PRODUCED

1. Payroll documents maintained by or on behalf of Mermaid in connection with Ms. O'Neill's employment for the period January 1, 2009 through March 6, 2011, including, but not limited to, (i) any and all computerized payroll records; (ii) time sheets reflecting, referring or evidencing hours Ms. O'Neill worked on behalf of Mermaid during the Relevant Period; and (iii) all W2s/1099s issued to Ms. O'Neill for the taxable years 2010 and 2011; (iv) copies of FICA tax records filed by Mermaid on either on a quarterly and/or yearly basis for the tax years 2009, 2010 and 2011.

2. Itineraries maintained by Mermaid referring, reflecting or evidencing any date when any Mermaid's employees were actively performing their duties in a foreign territory during the Relevant Period.

3. Documents that refer, reflect or evidence any period of time during the Relevant Period which Ms. O'Neill was completely off-duty during her term of employment.

4. Copies of any written agreements entered into between Ms. O'Neill and Mermaid pertaining to Ms. O'Neill's employment including, but not limited to, any claimed employment agreement existing between the parties.

5. Documents that refer, reflect and/or evidence Mermaid's basis for the belief that it acted in "good faith and reasonable belief that it complied fully with the FLSA Wage and Hour Laws and New York State Labor Laws," as set forth in its second affirmative defense.

6. Documents that refer, reflect or evidence Mermaid's third affirmative defense that Ms. O'Neill's claims are barred by the equitable doctrine of

unclean hands.

7. Documents that refer, reflect or evidence Mermaid's fourth affirmative defense that Mermaid is entitled to a set-off as a result of any payments which were made to Ms. O'Neill and to which Ms. O'Neill is not entitled.

8. Documents that refer, reflect or evidence Mermaid's fifth affirmative defense that Ms. O'Neill's claims are barred in whole or in part pursuant to 29 U.S.C. § 213(a)(1).

9. Documents that refer, reflect or evidence Mermaid's sixth affirmative defense that Ms. O'Neill's claims are barred in whole or in part pursuant to 29. U.S.C. § 213(f).

10. Documents that refer, reflect or evidence Mermaid's seventh affirmative defense that Ms. O'Neill's claims are barred in whole or in part by the applicable statute of limitations under filing periods.

11. Documents that refer, reflect or evidence Mermaid's eighth affirmative defense that Ms. O'Neill's claims are barred in whole or in part by the equitable doctrine of laches and estoppel.

12. Documents that refer, reflect or evidence Mermaid's ninth affirmative defense that Ms. O'Neill's claims are barred by the doctrine of unjust enrichment to the extent that Ms. O'Neill has been paid overtime for time worked and paid for time not worked.

13. Documents that refer, reflect or evidence Mermaid's tenth affirmative defense that Ms. O'Neill's claims are barred by the doctrine of accord and satisfaction as Ms. O'Neill has already received full pay for all monies due.

14. Documents that refer, reflect or evidence any gift, bonus, meal stipend, profit sharing, thrift, savings plan and/or benefit plan payment made to Ms. O'Neill during the Relevant Period.

15. Documents that refer, reflect or evidence any discretion and/or independent judgment exercised by Ms. O'Neill during the Relevant Period.

16. Documents that refer, reflect or evidence any supervisory function exercised by Ms. O'Neill over any other employee of Mermaid during the Relevant Period.

17. Copy of any employment handbook provided to Ms. O'Neill by Mermaid.

18. Copies of any application provided by Ms. O'Neill to Mermaid in connection with Ms. O'Neill's employment.

19. Copies of any resume provided by Ms. O'Neill to Mermaid.

Dated: March 2, 2012
      New York, New York

                         Yours, etc.

                         SNITOW KANFER
                         HOLTZER & MILLUS, LLP

By: _____
      Virginia K. Trunkes (VT-8642)
      Paul F. Millus (PM-8240)
      575 Lexington Avenue - 14th Floor
      New York, New York 10022
      (212) 317-8500
      *Attorneys for Plaintiff*
        *Jennifer O' Neill*