# EXHIBIT G

    1) identifies the person(s) who authored the document;

    2) identifies the addressee(s) and recipients;

    3) describes the type of document (e.g., letters, memoranda, notice, etc.), including appendices, attachments and the number of pages;

    4) describes the general subject matter of the document;

    5) gives the date of the document; and,

    6) states the nature of and basis for the privilege asserted.

E. If a responsive document has been destroyed, submit a written statement for each such document that to the extent known:

    1) identifies the person(s) who authored the document;

    2) identifies the addressee(s) and recipients;

    3) describes the type of document (e.g., letter, memoranda, notice, etc.), including appendices, attachments and the number of pages;

    4) describes the general subject matter of the document; and,

    5) gives the date of the document.

F. Unless otherwise specified or applicable, this request calls for the production of documents written, prepared, sent or received from January 1, 2009, through the present.

## DOCUMENTS TO BE PRODUCED

20. Copies of any emails sent by Ms. O'Neill and/or received by Ms. O'Neill in the hausofgaga.com email account.

21. Copies of emails received by Ms. Germanotta from any employee

of Mermaid Touring, Inc. and/or Team Tours, Inc. referring or relating to Ms. O'Neill's employment with Mermaid Touring, Inc.

22. All emails sent by Ms. Germanotta to any employee of Mermaid Touring, Inc. and/or Team Tours referring or relating to Ms. O'Neill's employment with Mermaid Touring, Inc.

23. Copies of emails sent from Wendi Morris' email account referring, relating to, or concerning Ms. Germanotta's work schedule.

24. Copies of documents not previously provided concerning Ms. O'Neill's job duties and/or performance of her job duties.

Dated: June 27, 2012
New York, New York

Yours, etc.

SNITOW KANFER
HOLTZER & MILLUS, LLP

By: *Virginia K. Trunkes*

Virginia K. Trunkes (VT-8642)
Paul F. Millus (PM-8240)
575 Lexington Avenue - 14th Floor
New York, New York 10022
(212) 317-8500
*Attorneys for Plaintiff*
*Jennifer O' Neill*

TO: PROSKAUER ROSE, LLP
Steven Hurd
Brian Gershengorn
Eleven Times Square
New York, New York 10036
(212) 969-3000
*Attorneys for Defendants Mermaid*
  *Touring Inc. and Stefani Joanne*
  *Germanotta, a/k/a "Lady Gaga"*

4