# EXHIBIT K

**From:** Wendi Morris
**To:** Gaga Germonatta , Jennifer ONeill

**Subject:** FW: LKL Finale - request to tweet about the final show
**Date:** 12/14/2010 2:20:04 PM
**Folder:** Inbox

------ Forwarded Message
From: "Baker, Nancy
Date: Tue, 14 Dec 2010 14:05:44 -0500
To: "Troy Carter ' Wendi

Subject: FW: LKL Finale - request to tweet about the final show

Hello - do you think Gaga would send a tweet for Larry on his final show this Thursday? Tweet could be sent today, tomorrow or Thursday. Thank you so much!

Dear friends,
In anticipation of Larry King's final live show this Thursday, could you please help generate some buzz to his final show by sending a tweet? Here are some suggested tweets and hashtag to use. Please let me know if we should expect a tweet and will make sure that Larry retweet's this. Thank you very much!

End of an era: celebrate 25 years of TV icon @kingsthings by watching the #larrykingfinale this Thursday, 9p ET/6p PT.

A TV icon retires his suspenders. Watch the #larrykingfinale to honor @kingsthings this Thursday, 9p ET/6p PT.

I remember when @Kingsthings [share personal anecdote]. Watch the #larrykingfinale Thursday, 9p ET/6p PT.

------ End of Forwarded Message

**From:** Wendi Morris
**To:** Gaga Germonatta Jennifer ONeill

**Subject:** <no subject>
**Date:** 12/20/2010 8:38:04 AM
**Folder:** Inbox

Hi -
After your time with Jonathan do you want to head to venue and have massage and nap on bus until show glam?
Would be aprx 4:15p nap/massage and then start glam @ 6:30p
Wendi

**From:** Wendi Morris
**To:** Jennifer ONeill Gaga Germonatta

**Subject:** Re: <no subject>
**Date:** 12/20/2010 9:44:20 AM
**Folder:** Inbox

Both sedan swill stay with her and will have runner van for you @ 6pm is that time ok?

On 12/20/10 5:54 AM, "Jennifer O'Neill" > wrote:

She wants to stop by some stores. I won't be with her. Dealing with a bunch of things!
May need a car to take me seperate to venue so I can finish.

Sent via BlackBerry by AT&T

From: Wendi Morris
Date: Mon, 20 Dec 2010 13:34:21 +0000
To: G< ; Jennifer O'Neill
Subject: <no subject>

Hi -
After your time with Jonathan do you want to head to venue and have massage and nap on bus until show glam?
Would be aprx 4:15p nap/massage and then start glam @ 6:30p
Wendi

>
> -----Original Message-----
> From: Marvin Oblanca
> Sent: Thursday, January 06, 2011 2:17 PM
> To: '
> Cc: Jeff Gillman; 'Wendi Morris )';
> 'jennifer '
> Subject: CNB VISA CARD ENDING #
> Importance: High
>
> Hello Gaga Happy New Year! Attached you'll find City National Bank Visa
> card statement ending , for your review.
> Best regards,
> Marvin
>
> CONFIDENTIALITY: This e-mail and any attachments are confidential
> and also may be privileged. If you are not the named recipient, or have
> otherwise received this communication in error, please delete it from your
> inbox, notify the sender immediately, and do not disclose its contents to
> any other person, use them for any purpose, or store or copy them in any
> medium. Thank you for your cooperation.
>
> IRS Circular 230 Disclosure: As required by U. S. Treasury Regulations
> governing tax practice, you are hereby advised that any written tax advice
> contained herein (including any attachments) was not written or intended
> to be used (and cannot be used) by any taxpayer for the purpose of
> avoiding penalties that may be imposed under the U. S. Internal Revenue
> Code or applicable state or local tax law provisions, or to promote, market

> or recommend to another person any transaction or matter addressed herein..
>
>
>

From: Wendi Morris
Date: Tue, 11 Jan 2011 07:47:27 +0000
To: L G
Cc: Sonja Durham < >, Jennifer O'Neill >
Subject: Tour Merch designs attached

Hi guys-

Tomorrow to hotel to Sonja's attention will be a package of prints of new merch designs.
We've also attached the images to this email.
Includes new "Born This Way" merch.
We'll need LG pics by end of the week in order to have ready for 2/14.

Notes:
UK Tour line- this is approved tour line from last Euro leg; need to know what should be removed for 2011 NA tour, if anything... They will incorporate newly approved BTW designs for tour as well
Accessories
Ladygaga_tank_1-1.jpg - based off a shirt a fan threw to her on stage at Monster Ball that she wore
Gaga-4-review.zip- random accessories for approval.
GAGA_BORNTHISWAY.pdf- BTW designs using tweet image, and one based on her tattoo; a few others attached loosely as well
LGG-Yellow- Hot Topic needs a shirt with a bright blank, this is Bravado's suggestion; let us know if works or if she has another idea

Need to lock in the BTW designs by the end of the week so we can be in retail by 2/14, and also need to lock the tour line by next week to get into production for tour.

**From:** Wendi Morris
**To:** Gaga Looloo Jennifer ONeill Sonja N. Durham
**Subject:**
**Date:** 2/15/2011 4:02:28 PM
**Folder:** Inbox

Amigas!

Per my convo with Nicole they expect to have the next edit ready this evening (7-9pm LA time....)

Will let you know if any delays.

Wendi

**From:** Wendi Morris W
**To:** Gaga Looloo Sonja N. Durham , Jennifer ONeill
**Subject:** Grammy Link
**Date:** 2/15/2011 10:13:58 PM
**Folder:** Inbox

Link of HD from Perez:

http://bit.ly/dYQ6oF

**From:** Wendi Morris
**To:** Gaga Looloo , Jennifer ONeill

**Subject:** Tweet
**Date:** 2/17/2011 6:08:52 AM
**Folder:** Inbox

Mac suggested something like:

Tune into @GMA at 8:05 this morning to learn how to live with passion and love with protection. #MACVIVAGLAM

From: Sonja Durham
Date: Fri, 25 Feb 2011 09:57:11 -0500
To: L G< >
Cc: Jennifer O'Neill m>
Subject: Today

Morning! Going to get my phone fixed, they open at 10am. I will be not be avail while I'm getting it fixed. :(

Here is what we are thinking for today…

4:30pm - Depart Brooklyn
5:00p - Arrive studio
Vocal warm ups w/ Don at studio
6:00p - Start recording audio
6:30p - Depart studio
7:00p - Prosthetics + Glam @ Location 2
9:00p - Shoot BTW @ Loc #2
10:00p - Clear / Remove prosthetics.

Location 1:
Studio - LG record vocals

Germano Studios Inc
676 Broadway
NYC, NYC 10012-2319

Door code:

Location 2:
BTW Acapella video shoot

Cine Magic Stages

210 Elizabeth Street
New York City, 10012
www.cinemagicstages.com
Max

SATURDAY, Feb 26
10:00a - Depart NYC via bus to Pittsburgh. 7 hour drive direct to venue into glam. After show drive to Chicago.

**From:** Wendi Morris
**To:** Gaga Looloo , Jennifer ONeill

**Subject:** Tweet in 10mins @ 10:00a!
**Date:** 2/28/2011 10:50:52 AM
**Folder:** Inbox

10:00 chicago
http://bit.ly/hGQJpd

Which is 8 PT and 11 ET

----- Original Message -----
From: Wendi Morris
Sent: Monday, February 28, 2011 07:27 AM
To:
Subject: VEVO / U-Tube Link

Here is the normal Vevo You Tube link:

http://bit.ly/hGQJpd

If you do not want to tweet the facebook embedded link, it's cool. Everyone else will be serviced it and it should still help drive your "likes" up to #1.