# EXHIBIT L

From: Gaga Germonatta
To: Jennifer Haus                                    Wendi Morris

Subject: LUC'S BDAY+ marathon party
Date: 12/7/2010 9:32:18 PM
Folder: Inbox

Want to rent out crowbar metal bar in London for one night on a day off maybe in LONDON. and i would like a drunkdiet.com cake made with his picture on it. i also need to buy him a pinkie ring..can you help me do all these things? well have colleen posh and justin dj

From: Gaga Germonatta
To: Jennifer ONeill
Subject: Re: Fwd: this is the ring
Date: 12/10/2010 12:01:48 AM
Folder: Inbox

Let's just have the one made I like. I have my heart set on it..let's see how fast theeey can rush it
Sent via BlackBerry by AT&T


From: Jennifer
Date: Thu, 9 Dec 2010 11:22:52 -0800
To: Gaga Germonatta
Subject: Fwd: this is the ring

Attached are pictures of some rings for Luc that are available now and in the hotel. I quite like them. What do you think?


Jennifer,

This is what they would have available in Suarez Jewellery.
They could find the correct size for tomorrow, also in Madrid they have their main store, so they could also send it from there directly when you are in Madrid.


Price: 2.228,00€


Price
2.993,00€

Price: 2.870,00€

Price
1.795,00€


I'm Now waiting for more proposals of Rabat, another very well known jewellery store.

So far I got this photos from rings we would have now available at their store in the Hotel (please see document attached).

The prices from the ones in the photo are: 2.535€, 2.195€, i 1.980€ (starting from the ring up going down)


I keep you updated with further information.

Thank you very much,

Elena


From: Jennifer O'Neill
Sent: 09 December 2010 19:27
To: Soldevila, Elena
Subject: Re: this is the ring


Elena,

Any word on the other rings?

Best,

Jennifer

Sent via BlackBerry by AT&T


From: "Soldevila, Elena"
Date: Thu, 9 Dec 2010 18:05:36 +0100
To: 'Jennifer
Subject: RE: this is the ring


Hi Jennifer,

I'm sorry but I can't reach you at the room, could you please contact me on dialing from your room.

Many thanks,
Elena


From: Jennifer Haus
Sent: 09 December 2010 14:28
To:
Subject: this is the ring


Elena.... this is the ring we're looking for. Can she make this by tomorrow?

Thanks,

Jen

From: Wendi Morris
To: Jennifer ONeill
Subject: Re:
Date: 2/14/2011 4:30:52 PM
Folder: Inbox

Referring to her nyc studio

From: Jennifer O'Neill
Sent: Monday, February 14, 2011 01:25 PM
To: Wendi Morris; Gaga Looloo
Cc: Sonja N. Durham
Subject: Re: Harpers Interview this week

Which studio?

Sent via BlackBerry by AT&T

From: Wendi Morris
Date: Mon, 14 Feb 2011 15:59:03 +0000
To: G<
Cc: Sonja Durham
Jenn<
Subject: Harpers Interview this week

Hi,

For Harpers Interview Wednesday afternoon, cool to do in studio?

Interview time in lounge (Journo requests 90mins for cover story)
Play some of the new record

Tara & Frederic will be in town if you want glam..

Wendi

From: Gaga Looloo
To: Nicole Ehrlich            Laurieann Gibson
              Nick Knight         , Nicola Formichetti
                   , Wendi Morris              Jennifer
ONeill
              Sonja N. D
Subject: Re:
Date: 2/15/2011 1:09:26 PM
Folder: Inbox

I KNOW THIS IS A BIT OF A CHANGE IN STRUCTURE, BUT AFTER SEEING OPENING THIS WILL BE MOST POWERFUL WAY TO TELL STORY AND WILÃ' LEND TO MOLRE FLUID PERFORMANCE NARRATIVE FROM ME.

VIDEO NOTES

OPENING: GENIUS! LESS RICO IN GUN PART. NEED to show me with gun upside down at the bottom of gyno chair while shooting. so theres the birthing head and gun in oneframe at the same timeâ€¦ spinning slowly while im shooting gun, then cut to me holding gun gazing to camera when the new race is below. AMAZING!!!!!! AH!!

FIRST VERSE:

can we make chair sequence black and white and incorporate some of those vocal passes into first verse?

no red topless with danielle in opening or 1st verse. save for late in video (just the moments in second chorus, and maybe a couple in 2nd pre chorus.

1ST CHORUS: AMAZING KEEP AS IS

Page 1

SECOND VERSE:

Can we use skeleton with rico setup in second verse in major desaturaion almost black and heads setup in desaturation almost black and white. take out street setup entirely in this section. don't like flattop hair. lets use a couple of these moments in black and white at the end only. i want the entire second verse starting with "give yourself prudence" to be a full performance cut from these two setups.

get started with this. more notes coming later.

2ND CHORUS NEEDS TO BE RE-DONE. LOVE THE MOMENTS AT DONT HIDE YOURSELF IN REGRET, JUST LOVE YOURSELF AND YOURE SET. BUT DONT LOVE. THINK MAYBE THIS SHOULD BE ME ALONE FROM THE PICK UP DAY WITH THE KALEDESCOPING MIXED WITH CLOSEUP FROM SAME SETUP.  BUT LESS KALEDESCOPING SO YOU CAN SEE MY FACE AND BODY.

I THINK WE END VIDEO IN THE SLIME.NOT SURE YET. BEGIN THIS NOTES THEN AND SEND ME IN SECTIONS.

SO EXCITED THIS IS EPIC.

On Mon, Feb 14, 2011 at 7:31 PM, Ehrlich, Nicole wrote:
Fabulous- nick, me and team r all together and ready

```
----- Original Message -----
From:
To: Ehrlich, Nicole
Sent: Tue Feb 15 03:29:27 2011
Subject: Re:

I have notes
------Original Message------
From: Ehrlich,
```

From: Gaga Looloo
To: Jennifer ONeill
Subject: Re: Don Lawrence Invoice - Approval to pay
Date: 3/5/2011 12:06:18 AM
Folder: Inbox

Cool
Sent via BlackBerry by AT&T


From: Jennifer Haus
Date: Sat, 5 Mar 2011 00:03:26 -0500
To: Gaga Germonatta
Subject: Don Lawrence Invoice - Approval to pay


Gaga,

Don's invoice for his exclusive services during February is attached for your review. The agreed upon fee of $6500 per day totals $180,000.

Please let me know you approve so we can pay him right away.

Thanks!

Jen