# EXHIBIT M

From: Wendi Morris
To: Gaga Germonatta
Subject: <no subject>
Date: 12/7/2010 11:36:34 AM
Folder: Inbox

Morning!

Lost my voice, but am ok xo
My cell was drenched in tequila Sunday by on of your haus members..
New one comes tomorrow
I am on email if you need to reach me...

Laurieane lands 9am tomorrow (day off...)
You have studio & banditos in town if you want to play the album for her in studio
You also have a private dance rehearsal space all day Wednesday & Thursday


SCHEDULE TODAY
TBC - Bikram / Yoga
7:00p - Depart hotel to venue
7:45p - Glam
8:45p - Tape "Awards Thanks" - 10mins
9:00p - Vocal Warm Ups
9:45p - Prayer
10:00p - Onstage

Award Thanks Details:
40 Principales
The award show airs on December 10 and broadcasted in Spain AND Latin America (it's basically the Spanish-speaking NRJ.)
You will win for "Best International Artist" and "Best Song" (Bad Romance.)
Congrats!!

From: Wendi Morris
To: Gaga Looloo
Subject: Radio Phoners Tuesday, Feb 15
Date: 2/14/2011 10:18:30 AM
Folder: Inbox

Good Morning,

Brenda would like to do all of the phoners tomorrow, Tuesday 15th starting 7am:

Z100
WXRK
WBLI
WKTU
WPLJ
kIIS
AMP
POWER
Open House Party

This will take aprx 90mins

Wendi

From: Wendi Morris
To: Gaga Looloo
Subject: Harpers Interview this week
Date: 2/14/2011 10:59:12 AM
Folder: Inbox

Hi,

For Harpers Interview Wednesday afternoon, cool to do in studio?

Interview time in lounge (Journo requests 90mins for cover story)
Play some of the new record

Tara & Frederic will be in town if you want glam..

Wendi

From: Wendi Morris
To: Gaga Looloo
Subject: Creative
Date: 3/1/2011 2:10:20 PM
Folder: Inbox

Hi,

Making sure we are on the same page with next steps on creative for this week:

- Approve BTW audio today

- Pick BTW Gospel itunes cover Link to photos:
http://rcpt.yousendit.com/1055031427/3ccb407497338cc854ace9d9239d3520&rcpt=bobby@atomfactoryinc.com

- Album pack ideas..
From the Nick & Terry photo selects you have received - do you have specific ideas for BTW album cover and Judas cover you?
Scheduling a call for you and Nick for Thursday this week to discuss album pack.

Wendi

From: Wendi Morris
To: Gaga Looloo
Subject: Maria
Date: 3/3/2011 2:31:46 PM
Folder: Inbox

Maria will be at the show tonight and is planning to sing with you per your radio convo.
Let's discuss how you want to handle. You and Maria doing Acapella Intro?

We also have CTV at show capturing a few backstage moments (of you, only walk to stage for a minute...tomorrow is the interview portion at hotel..)

CTV would like to shoot opening to organ of Born This Way to include in your special (similar special as USA's 60minutes).