# EXHIBIT N

**From:** Unknown sender
**Sent:** Thursday, December 09, 2010 9:01 PM
**To:** Jennifer Haus
**Subject:** Re: Fwd: this is the ring

Let's just have the one made I like. I have my heart set on it..let's see how fast theeey can rush it

CONFIDENTIAL

D000758

**From:**        Unknown sender
**Sent:**        Saturday, March 05, 2011 3:06 AM
**To:**          Jennifer Haus
**Subject:**     Re: Don Lawrence Invoice - Approval to pay

Cool

CONFIDENTIAL                                                                      D000639