# EXHIBIT O

**From:** Unknown sender
**Sent:** Monday, December 06, 2010 10:26 AM
**To:** Wendi
**Subject:** Re: <no subject>

I think jen is still asleep and is very sick, could u please help me find private bikram asap?

CONFIDENTIAL

D000951

From: Unknown sender  
Sent: Sunday, December 12, 2010 3:55 AM  
To: jen  
Subject: Re: Luc's Birthday  

Yes!!

CONFIDENTIAL
D000779

**From:** Unknown sender
**Sent:** Sunday, December 12, 2010 3:55 AM
**To:** jen
**Subject:** Re: Luc's Birthday

Yees and no pictures

CONFIDENTIAL

D000771

**From:** Unknown sender
**Sent:** Saturday, March 05, 2011 3:06 AM
**To:** Jennifer Haus
**Subject:** Re: Don Lawrence Invoice - Approval to pay

Cool

CONFIDENTIAL

D000639