# EXHIBIT P

**From:** Wendi
**Sent:** Thursday, September 23, 2010 3:48 PM
**Cc:** Jennifer ONeill
**Subject:** Yoga today?

Yoga
Lower East Side Bikram
172 Allen Street
Btwn Stanton & Rivington
212.353.8859

Class schedule today:
1, 4, 6:30, 8:15p

CONFIDENTIAL

D000517

From: Jennifer ONeill jen·
Sent: Friday, October 29, 2010 5:41 PM
To: Gaga Germonata
Subject: Fw:

What do u think? When you have a moment let's you and I discuss. Thx


------Original Message------
From: Wendi Morris
To: Gaga Germonata
Cc: Jennifer O'Neill
ReplyTo: Wendi Morris
Subject:
Sent: Oct 29, 2010 4:13 PM

Hi,
How do you guys feel about keeping Sonja on after tour as 2nd assistant for downtime, promo etc?
Wendi

Wendi Morris - Atom Factory Inc.


Sent via BlackBerry by AT&T

CONFIDENTIAL

D000971

**From:** Jennifer ONeill jen:
**Sent:** Wednesday, December 22, 2010 4:04 PM
**To:** Gaga Germonatta
**Subject:** Remaining xmas gifts

Mom - hermes scarves, you got her 2 necklaces already and the gifted Armani leather and fur purse

Natali - iphone. Ur mom is working on getting it right now. You have the social distortion leather, balmain pieces, silver george jensen ring, dolce purse and a few others pieces already.

Luc's mom - perfume (unopened dsquared bottle in suitcase) kate somerville products, hermes scarf, burberry matching scarf and hat?

Andy - cubs tickets, beats

*** beats are on their way to your parents house. Waiting for eta.

*** if you don't need to give yellow fendi purse to anyone, I would like it.

Let me know if you want me to come in or send gifts tonight. Im at mall now.
Sent via BlackBerry by AT&T

CONFIDENTIAL                                                                 D000722

**From:** Unknown sender
**Sent:** Wednesday, December 08, 2010 8:17 AM
**To:** Wendi
**Subject:** Re: <no subject>

Can u come to room now to help me w printer, I don't wanna deal w jen right now, does laurie wanna go to studio to hear records?

CONFIDENTIAL

D000946