# MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

COUNSELORS AT LAW

ONE COMMERCE PLAZA
SUITE 1705
ALBANY, NEW YORK 12260
518-465-5551
FACSIMILE: 518-465-2033

1300 CONNECTICUT AVENUE, N.W.
SUITE 600
WASHINGTON, DC 20036
202-955-6340
FACSIMILE: 202-223-0358

990 STEWART AVENUE, SUITE 300
P.O. BOX 9194
GARDEN CITY, NEW YORK 11530-9194
516-741-6565
FACSIMILE: 516-741-6706
E-MAIL: meyersuozzi@msek.com
WEBSITE: http://www.msek.com

1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NEW YORK 10018-0026
212-239-4999
FACSIMILE: 212-239-1311

**PAUL F. MILLUS**
E-MAIL: PMILLUS@MSEK.COM

September 16, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/13

**VIA FACSIMILE - (212) 805-7986**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

Re: *O'Neill v. Mermaid Touring Inc., et ano.*
    No. 11-Civ-9128

Dear Judge Gardephe:

Pursuant to instructions from the Southern District of New York Docketing Department, I am writing to inform the Court that I am appearing as Co-Counsel and Trial Counsel for Plaintiff in the above-caption action. I enclose a copy of my Notice of Appearance, which was filed with the Court this morning. Please remove my "terminated: 08/12/2013" status from the Civil Docket in this matter.

If the Court requires anything further, please advise. Thank you for your consideration in this matter.

Respectfully submitted,

Paul F. Millus

PFM:mr
Enclosure

cc: Virginia K. Trunkes, Esq. (via facsimile)
    Steven D. Hurd, Esq. (via facsimile)
    Andrew E. Rice, Esq. (via facsimile)

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Sept. 18, 2013

959146