USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-21-13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JENNIFER L. O'NEILL,
       Plaintiff,

 -- against --

MERMAID TOURING INC. AND
STEFANI GERMANOTTA, a/k/a
"LADY GAGA,"

       Defendants.
-------------------------------------------------------X

Civ. No.: 11 CIV 9128 (PGG)
ECF

**STIPULATION AND**
**ORDER OF DISMISSAL**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Counsel for Plaintiff and Defendants herein that all claims presented in the Amended Complaint shall be dismissed with prejudice and without costs as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

  IT IS FURTHER STIPULATED AND AGREED that Plaintiff is barred from bringing another claim under the Fair Labor Standards Act or any foreign, state, or local law (including the New York Labor Law) for wages, including overtime pay, for the period set forth in the Amended Complaint; and

  IT IS FURTHER STIPULATED AND AGREED that the Court may retain jurisdiction over this matter for the purpose of enforcing the settlement agreement entered into among the parties.

Dated: New York, New York
October 21, 2013

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By: _____
Paul F. Millus
990 Stewart Avenue, Suite 300
Garden City, New York 11530
(516) 741-6565

*Attorneys for Plaintiff*

PROSKAUER ROSE LLP

By _____
Steven D. Hurd
Andrew E. Rice
11 Times Square
New York, New York 10036
(212) 969-3000

*Attorneys for Defendants*

The Clerk of the Court is respectfully directed to close this case.

SO ORDERED:

_____
Hon. Paul G. Gardephe, U.S.D.J.

Dated: Oct. 21, 2013